UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 NOV 15 AM 9:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>ROBERTO BUSTOS-OCHOA,<br><br>            Defendant. | CASE NO. 10CR3820-DMS<br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 12, 2010

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE